**Order entered June 21, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00259-CV

**GLORIA VALICHKOFSKY BEY, Appellant**

**V.**

**CHURCHILL PROPERTIES, LLC, AND MISTY POSEY, Appellees**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-07116**

## ORDER

The reporter's record in this accelerated appeal is overdue. By postcard dated May 2, 2019, we notified Marcey Poeckes, Official Court Reporter for the 298th Judicial District Court, that the reporter's record was overdue and directed her to file the reporter's record within ten days. To date, the reporter's record has not been filed and Ms. Poeckes has not corresponded with the Court regarding the reporter's record.

Accordingly, we **ORDER** Marcey Poeckes to file, within **TEN DAYS** of the date of this order, either (1) the reporter's record; (2) written verification no hearings were recorded; or (3) written verification that appellant has been found not entitled to proceed without payment of costs. *We notify appellant that if we receive verification she have not requested the reporter's record or has been found not entitled to proceed without payment of costs and has not paid for*

*or made arrangements to pay for the reporter's record, we will order the appeal submitted*

*without the reporter's record.  See* Tex. R. App. P. 37.3(c).

We **DIRECT** the Clerk to send copies of this order to:

Honorable Emily Tobolowsky
Presiding Judge
298th Judicial District Court

Marcey Poeckes
Official Court Reporter
298th Judicial District Court

All parties

/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE